# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FLESNER et al.,** <br> *Plaintiffs*, <br><br> **v.** <br><br> **AMERICAN CONTRACT SYSTEMS,** <br> *Defendant*. | **CIVIL ACTION** <br><br> **NO. 25-3572** |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER AS UNOPPOSED

**AND NOW** on this 6th day of October 2025, upon consideration of Defendant American Contract Systems, Inc.'s Motion to Transfer Venue (ECF 15), it is hereby **ORDERED** that the motion is **GRANTED** as unopposed.  The above captioned action shall be transferred to the Western District of Pennsylvania.  The Clerk of Court shall transmit to the Clerk of the Western District of Pennsylvania a certified copy of this Order and all pleadings filed with this Court relating to this case.

BY THE COURT:


/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-3572 Flesner v American Contract Systems\25-3572 order re motion to transfer.docx

1